NUMBER 13-06-707-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________ __________________________ __ _______


JOSE G. GARZA, SR., INDIVIDUALLY, ET AL., Appellants,


v.


McALLEN HOSPITALS, L.P., D/B/A

EDINBURG REGIONAL MEDICAL CENTER, ET AL., Appellees.

___________________________________________ ____________ _________


On appeal from the 93rd District Court 


 of Hidalgo County, Texas

_______________________________________________________ _ ________


MEMORANDUM OPINION



Before Justices Yañez, Garza and Benavides 


Opinion Per Curiam



 Appellants, JOSE G. GARZA, SR., INDIVIDUALLY, ET AL., attempted to perfect
an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas. 
On January 26, 2007, appellants filed a motion to dismiss the appeal. In their motion,
appellants advise that, on January 12, 2007, the trial court granted plaintiffs' motion
for new trial.

 The Court, having examined and fully considered the documents on file,
appellants' motion to dismiss the appeal, and the trial court's order granting a new
trial, is of the opinion that the appeal should be dismissed for want of jurisdiction. The
motion to dismiss the appeal is GRANTED, and the appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

 PER CURIAM


Memorandum Opinion delivered and filed this

the 15th day of February, 2007.